IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

YAHAIRA RODRIGUEZ,

      Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-951

_____/

Opinion filed July 28, 2017.

An appeal from an order of the Department of Children and Families.

Yahaira Rodrigruez, pro se, Appellant.

T. Shane DeBoard, Department of Children and Families, Orlando, for Appellee.

PER CURIAM.

     AFFIRMED.

ROWE, MAKAR, and JAY, JJ., CONCUR.